## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **RICHARD HEJLEK** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13-CV-002503-JAR |
| **DENNIS J. BARTON, III, et al.,** | ) |
| Defendants. | ) |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW, Plaintiff, Richard Hejlek, and, in accordance with F.R.C.P. 68(a) provides notice to the Court that he accepts Defendant Dennis J. Barton III's Offer of Judgment, attached hereto as **Exhibit 1**.  Plaintiff's acceptance is timely, as it is within fourteen days of service of the Offer of Judgment.  Accordingly, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant Dennis J. Barton III (and only against this Defendant) in accordance with the terms of **Exhibit 1**.

RESPECTFULLY SUBMITTED,

**VOYTAS & COMPANY**

/s/ Richard A. Voytas, Jr.

**RICHARD A. VOYTAS, JR., #52046MO**
**1 North Taylor Ave.**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1068**

## **CERTIFICATION**

The below signature certifies that on March 10, 2014 the foregoing was served by operation of the Court's electronic filing system on the following counsel of record:

David B. Helms
Sarah A. Milunski
LEWIS, RICE & FINGERSH, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
dhelms@lewisrice.com
smilunski@lewisrice.com

Dennis J. Barton III
The Barton Law Group, LLC
17600 Chesterfield Airport Rd., Ste. B7
Chesterfield, MO 63005
dbarton@bartonlawllc.com

/s/ Richard A. Voytas, Jr.